

**gbkh**
GEORGE BROTHERS
KINCAID & HORTON LLP

1100 NORWOOD TOWER | 114 WEST 7TH ST | AUSTIN, TX 78701
512.495.1400 | FAX 512.499.0094 | RHORTON@GBKH.COM | WWW.GBKH.COM

ACCEPTED
03-15-00370-CV
7823776
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 2:34:40 PM
JEFFREY D. KYLE
CLERK

November 13, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 2:34:40 PM
JEFFREY D. KYLE
Clerk

*__Via E-Filing__*
Mr. Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

> Re: Court of Appeals Number: 03-15-00370-CV
> Trial Court Case Number: D-1-GN-12-001211
>
> Style: Reagan National Advertising of Austin, Inc. d/b/a Reagan National Advertising v. City of Austin, Texas; and Marc A. Ott, being sued in his Official Capacity

Dear Mr. Kyle:

In response to your letter of November 4, 2015, I am writing to let the Court know that I do intend to argue the above-referenced case on December 16, 2015 before Chief Justice Rose, Justices Pemberton, and Field.

Yours sincerely,

GEORGE BROTHERS KINCAID & HORTON, L.L.P.

B. Russ Horton

BRH/ss

cc: Ms. Patricia L. Link (via e-service)

---

BOARD CERTIFIED IN CIVIL TRIAL LAW AND PERSONAL INJURY TRIAL LAW | TEXAS BOARD OF LEGAL SPECIALIZATION